Jeffrey D. Larkin (CA SBN 228684)
The Larkin Law Firm
2768 Loker Ave. West, Ste. 101
Carlsbad, CA 92010
Phone (760) 692-2269 • Fax (760) 692-0552
Jeff@Larkinfirm.com

Attorney for Debtor, James Milton Orrell

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JAMES MILTON ORRELL<br><br>Debtor. | Motion to Reopen<br>Chapter 7 Case for<br>Violation of 11 U.S.C. §524<br><br>Case No. 07-06121-PB7<br><br>Chapter 7 |

PLEASE TAKE NOTICE that James Milton Orrell ("Debtor") by and through his attorney of record, Jeffrey D. Larkin, hereby makes this application pursuant to 11 U.S.C. §350(b) to reopen his bankruptcy case pursuant to 11 U.S.C. § 524 to seek action against US Bank its successors, heirs, and/or assigns for violating the terms of the Bankruptcy discharge.

Since any remedy for discharge violations are within the exclusive jurisdiction of the Federal Bankruptcy Court, this matter is properly being brought before this Court.

Wherefore the Debtor requests that this case be reopened to allow the Debtor to seek relief under 11 U.S.C. § 524.

Respectfully Submitted,

DATED: September 11, 2009

/s/ Jeffrey D. Larkin
Attorney for Debtor