CSD 1183 [10/17/05]
Name, Address, Telephone No. & I.D. No.

Jeffrey D. Larkin, SBN#228684
The Larkin Law Firm
2768 Loker Ave. West, Ste. 101
Carlsbad, CA 92010
(760) 692-2269 p  (760) 692-0552 f
jeff@larkinfirm.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

JAMES ORRELL

BANKRUPTCY NO. 07-06121-PB7

Tax I.D.(EIN)#:_____/S.S.#:XXX-XX-____  Debtor.

## NOTICE OF HEARING AND MOTION

TO: U.S.BANK, CHAPTER 7 TRUSTEE AND UNITED STATES TRUSTEE

**YOU ARE HEREBY NOTIFIED** that on DECEMBER 7, 2009, at 10:30a.m., in Department No. 4, Room 328 the Jacob Weinberger United States Courthouse, located at 325 West "F" Street, San Diego, California 92101-6991, there will be a hearing regarding the motion of James Orrell, for
Order to Show Cause why Respondent Should not be Held in Contempt for Violations of 11 U.S.C. 524; Request for Attorney Fees, Sanctions and Costs; Declaration of Debtor and Attorney in Support Thereof.

Any opposition or other response to this motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, NOT LATER THAN FOURTEEN (14)[1] DAYS FROM THE DATE OF SERVICE.

DATED:  November 5, 2009

/s/ Jeffrey D. Larkin
[Attorney for] Moving Party

---

[1] If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions.

CSD 1183

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on __5th__ day of __November, 2009__, I served a true copy of the within NOTICE OF MOTION AND HEARING by [describe here mode of service]

### US MAIL, POSTAGE PREPAID

on the following persons [set forth name and address of each person served] and/or as checked below:

[ ]   Attorney for Debtor (if required):

Gerald Davis, Trustee  (First Class Mail)
P.O. Box 121111
San Diego, CA 92112-1111

U.S. Bank, Corporate Headquarters (Certified Mail)
U.S. Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402

CT Corporation System (Certified Mail)
818 West Seventh Street
Los Angeles, CA 90017

[✓]   For Chpt. 7, 11, & 12 cases:
UNITED STATES TRUSTEE
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

[ ]   For ODD numbered Chapter 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
530 "B" Street, Suite. 1500
San Diego, CA 92101

[ ]   For EVEN numbered Chapter 13 cases:
DAVID L. SKELTON, TRUSTEE
525 "B" Street, Suite 1430
San Diego, CA 92101-4507

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __11/5/09__
(Date)

/s/ Jeffrey D. Larkin
(Typed Name and Signature)

2768 Loker Ave. West, Ste. 101
(Address)

Carlsbad, CA 92010
(City, State, ZIP Code)

CSD 1183