# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

| | |
|---:|---|
| **Debtor:** | JAMES MILTON ORRELL |
| **Case Number:** | 07-06121-PB7    **Chapter:** 7 |
| **Date / Time / Room:** | MONDAY, DECEMBER 07, 2009 10:30 AM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | MARILYN WILKINSON |
| **Reporter / ECR:** | LYNETTE ALVES |

### Matter:

DEBTOR'S MOTION FOR CONTEMPT FOR VIOLATIONS OF 11 U.S.C. 524 & REQUEST FOR ATTORNEY FEES, SANCTIONS AND COSTS

### Appearances:

JEFFREY D. LARKIN, ATTORNEY FOR JAMES MILTON ORRELL

### Disposition:

Matter taken under submission.  cc: Barbara

Larkin to file & serve a Supplemental Brief of no more than 5 pages within 7 days re: 11 U.S.C. §524(j).  No response permitted.