SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DANA J. DUNWOODY, Cal. Bar No. 119696
ddunwoody@sheppardmullin.com
J. BARRETT MARUM, Cal. Bar No. 228628
bmarum@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California  92101-3598
Telephone:    619-338-6500
Facsimile:    619-234-3815

Attorneys for U.S. BANK NATIONAL
ASSOCIATION, Successor in Interest to the
FEDERAL DEPOSIT INSURANCE
CORPORATION as Receiver for DOWNEY
SAVINGS AND LOAN ASSOCIATION, F.A.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JAMES MILTON ORRELL,<br><br>Debtor. | Case No. 07-06121-PB7<br><br>Chapter 7<br><br>REQUEST TO FILE LATE BRIEF IN OPPOSITION TO DEBTOR'S MOTION FOR CONTEMPT VIOLATIONS AND SANCTIONS<br><br><br>Crtrm.:    4, Room 328<br><br>Hon. Peter W. Bowie |

U.S. Bank National Association, Successor In Interest To The Federal Deposit Insurance Corporation As Receiver For Downey Savings And Loan Association, F.A. ("U.S. Bank") respectfully requests leave to file a late brief in opposition to the Debtor's motion for contempt violations and sanctions ("Motion").

Federal Rule of Bankruptcy Procedure 9006(b) authorizes the Court, in its discretion, to extend a party's time to perform an act when the time to do so has expired where the failure to act was due to excusable neglect. FED. R. BANKR. PROC. 9006(b)(1). The Debtor properly served his Motion on U.S. Bank's national headquarters in Minneapolis in early November 2009. Unfortunately, due to the flood of borrower lawsuits, foreclosures, and bankruptcies related to loans made by the former Downey Savings and Loan Association, F.A. and the intervening Thanksgiving Holiday, the Debtor's Motion did not reach the in-house attorney at U.S. Bank ultimately responsible for such matters until Friday, December 18, 2009.

There is a strong preference in the federal courts for actions to be decided on their merits. *Eitel v. McCool*, 782 F.2d 1470, 1472 (9th Cir. 1986) (discussing the factors applicable to the entry of default judgment). Accordingly, U.S. Bank requests leave to file a late brief opposing the Debtor's Motion. If the Court approves U.S. Bank's request, U.S. Bank will be in a position to file its brief by no later than January 8, 2010.[1]

---

[1] Counsel for U.S. Bank attempted to contact the Debtor's attorney on December 22, 2009 to discuss the substance of this request with him and to determine if he would stipulate to it. As of the filing of this request, U.S. Bank's counsel has not received a response to its inquiry (and given that further delay could be construed against U.S. Bank's request, U.S. Bank could not wait any longer to file this request).

1  Dated: December 22, 2009

2                  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

4                  By        /s/ J. Barrett Marum
                          DANA J. DUNWOODY
5                          J. BARRETT MARUM

7                  Attorneys for U.S. BANK NATIONAL ASSOCIATION, Successor in Interest to the FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.

W02-WEST:8JBM1\402371180.1     -3-    REQUEST TO FILE LATE BRIEF

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 501 West Broadway, 19th Floor, San Diego, California 92101-3598.

On **December 22, 2009**, I served the following document(s) described as

REQUEST TO FILE LATE BRIEF IN OPPOSITION TO DEBTOR'S MOTION FOR CONTEMPT VIOLATIONS AND SANCTIONS

on the interested party(ies) in this action as follows:

**The following is the list of <u>parties</u> who are currently on the list to receive e-mail notices for this case.**

- Richard E. Chang    thebklawyers@hotmail.com
- Gerald H. Davis    davisatty@aol.com;gdavis@ecf.epiqsystems.com
- Jeffrey D. Larkin    jeff@larkinfirm.com
- Jennifer C. Wong    jwong@mccarthyholthus.com

**Service was also made as follows:**

**See Attached Service List**

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 619-234-3815. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

W02-WEST:8JBM1\402371244.1    -1-

1  ☐  **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

2  ☒  **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 22, 2009, at San Diego, California.

_____
Michele McConnell

## SERVICE LIST

Recovery Management Systems Corporation
25 S.E. Avenue, Suite 1120
Miami, Fl 33131