ENTERED APR 15 2010

FILED

APR 15 2010

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re                       )   Case No. 07-06121-PB7
                            )
JAMES ORRELL,               )
                            )
          Debtor.           )   ORDER
_____)
                            )
                            )
JAMES ORRELL,               )
                            )
          Movant,           )
                            )
v.                          )
                            )
U.S. BANK,                  )
                            )
          Respondent.       )
_____)

    Debtor received his discharge in January, 2008. He contends that nevertheless a lien creditor on real property has continued to attempt to collect on an allegedly discharged debt. So debtor sought an Order to Show Cause re: Contempt, which is the correct way to seek a remedy for post-discharge collection efforts.

///

The OSC was granted and a hearing date was set, as was a date for any opposition to be filed. No opposition was filed, but at the hearing the Court asked for a supplemental brief on the effect of 11 U.S.C. § 524(j) on debtor's alleged violation. Debtor did file a supplemental brief.

Then, the lien creditor, U.S. Bank, filed a Request to File Late Brief In Opposition, and debtor filed a brief opposition, complaining about the delay in remedying the problem which had already occurred. Unfortunately, the creditor's request went into an electronic "black hole" at the court because there was nothing that required the attention of anyone at the court. There was no hearing date, nor was there an order. Consequently, the Court discovered the Request when the Court reviewed the case docket on the matter.

The consequence is that the delay of which debtor complains has been exacerbated by the creditor's late request, but more so by the court's failure to discover the creditor's request. The creditor has asserted that "excusable neglect" supports its request because of the inundation of all the cases and pleadings involving the Bank all over the country. The Court is not persuaded that constitutes excusable neglect, although the Court can imagine the burden that it imposes.

When the Court asked the debtor for a supplemental pleading, the Court instructed debtor's counsel to serve it on the creditor even though the creditor had not responded to the OSC. The Court did so because it wants to get to the answer involving a statute

1 which has been little considered.  Notwithstanding the
2 intervening delay the Court still wants to try to answer the
3 question.
4     Accordingly, creditor shall have fourteen (14) days from the
5 date of entry of this order to file and serve any opposition to
6 the OSC or to the Court's request concerning § 524(j).
7 Thereafter, debtor shall have ten (10) days to file any reply.
8 The matter will then be under submission.
9     IT IS SO ORDERED.
10     DATED:    APR 15 2010

PETER W. BOWIE, Chief Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

In re Case No. 07-06121-PB7

**CERTIFICATE OF MAILING**

The undersigned, a regularly appointed and qualified clerk in the office of the United States Bankruptcy Court for the Southern District of California, at San Diego, hereby certifies that a true copy of the attached document, to wit:

ORDER

was enclosed in a sealed envelope bearing the lawful frank of the Bankruptcy Judges and mailed to each of the parties at their respective address listed below:

| Attorney for Movant: | Attorney for Respondent: |
|---|---|
| Jeffrey D. Larkin, Esq.<br>The Larkin Law Firm<br>2768 Loker Avenue West,<br>  Suite 101<br>Carlsbad, CA  92010 | Dana J. Dunwoody, Esq.<br>J. Barrett Marum, Esq.<br>Sheppard, Mullin, Richter<br>& Hampton LLP<br>501 West Broadway, 19th Floor<br>San Diego, CA  92101-3598 |

Said envelope(s) containing such document were deposited by me in a regular United States mail box in the City of San Diego, in said district on April 15, 2010.

*Barbara J. Kelly*
Barbara J. Kelly, Judicial Assistant