Jeffrey D. Larkin (CA SBN 228684)
The Larkin Law Firm
2768 Loker Ave. West, Ste. 101
Carlsbad, CA 92010
Phone (760) 692-2269 • Fax (760) 692-0552
Jeff@Larkinfirm.com

Attorney for Debtor, James Orrell

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JAMES ORRELL<br><br><br>Debtor<br><br>_____<br><br>JAMES ORRELL<br><br>Movant<br><br>v.<br><br>U.S. BANK<br><br>Respondent | CASE NO.: 07-06121-PB7<br><br>EX PARTE REQUEST BY DEBTOR AND RESPONDENT U.S. BANK TO VACATE ORDER TO SHOW CAUSE FOR VIOLATIONS OF 11 U.S.C. 524; REQUEST FOR ATTORNEY FEES; SANCTIONS AND COSTS |

## **FACTS**

1) Prior to October 31, 2007, Debtor obtained a residential loan from Downey Savings and Loan Association, F.A. ("Downey Savings"), secured by that certain real property known as 10 ½ H Street, Chula Vista, California (the "Property"). The loan, identified as loan no. 9042043042, was secured by a Deed of Trust on the Property executed in favor of Downey Savings

2) On or about December 18, 2009, the Property was sold at foreclosure sale and reverted to U.S. Bank.

3) On November 21, 2008 the Federal Deposit Insurance Corporation ("FDIC") was appointed receiver for Downey Savings by the Office of Thrift Supervision. Concurrent with its

appointment as receiver, the FDIC sold certain assets of Downey Savings, including the Loan and Loan-related servicing rights, to U.S. Bank.

4) On October 31, 2007, Debtor filed a chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Southern District of California, case number 07-06121-PB7.

5) On January 29, 2008 the Debtor received a discharge in the Bankruptcy Case and the Bankruptcy Case was closed.

6) In September 2009, the Debtor filed a motion to reopen the Bankruptcy Case to allow the Debtor to assert a claim for alleged violations of the discharge injunction contained in 11 U.S.C. § 524.

7) The Court granted the Debtor's motion to reopen the Bankruptcy Case, and on November 5, 2009, the Debtor filed a Motion for a finding of contempt against U.S. Bank based on alleged violations of 11 U.S.C. § 524 including U.S. Bank's alleged efforts to collect on the Loan and U.S. Bank's reporting of the Loan's status to various credit bureaus.

8) On December 7, 2009 the Court held a hearing on the Motion and ordered further briefing on the applicability of 11 U.S.C. § 524(j) to U.S. Bank's alleged violations of the Discharge Injunction.

9) The Debtor submitted a supplemental brief on December 14, 2009.

10) On December 22, 2009, U.S. Bank filed an *ex parte* request for leave to file a late opposition to the Motion, which was opposed by the debtor.

11) On April 15, 2010, the Court entered an order authorizing U.S. Bank to file a late opposition brief to the Motion.

12) Thereafter, the parties stipulated to one continuance of U.S. Bank's deadline to file an opposition to the Motion, making U.S. Bank's opposition due on May 6, 2010.

13) The parties have since resolved their differences with respect to the Motion and hereby

file this joint request for the Court to vacate the Order to Show Cause with prejudice.

14) Each party will bear its own fees and costs associated with this matter.

It is therefore respectfully requested that the Court vacate the Order to Show Cause against U.S. Bank for alleged violations of 11 U.S.C. § 524 and request for attorney fees, sanctions and costs with prejudice.

Respectfully submitted,

Dated: June 23, 2010

           SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

           By: /s/ J Barrett Marum

           J. BARRETT MARUM
           Attorneys for U.S. BANK NATIONAL ASSOCIATION, Successor in Interest to the FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.

DATED: 7/6/10

           /s/ Jeffrey D. Larkin
           Jeffrey D. Larkin, Attorney for Debtor