CSD 1001A [11/15/04]
Name, Address, Telephone No. & I.D. No.

Jeffrey D. Larkin, SBN# 228684
The Larkin Law Firm
2768 Loker Ave. West, Ste. 101
Carlsbad, CA 92010
(760) 692-2269 p   (760) 692-0552 f
jeff@larkinfirm.com e

**Order Entered on**
July 06, 2010
**by Clerk U.S. Bankruptcy Court**
**Southern District of California**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

JAMES ORRELL

Debtor.

BANKRUPTCY NO. 07-06121-PB7

Date of Hearing:
Time of Hearing:
Name of Judge:

## ORDER ON

## EX PARTE MOTION FOR JOINT REQUEST TO VACATE ORDER TO SHOW CAUSE

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2)

through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Motion/Application Docket Entry No. __46__

//

//

//

//

//

//

DATED: July 06, 2010

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the
relief granted by the court.

Submitted by:

The Larkin Law Firm
(Firm name)

By: /s/ Jeffrey D. Larkin
Attorney for ☑ Movant ☐ Respondent

Judge, United States Bankruptcy Court

CSD 1001A

**CSD 1001A** [11/15/04] **(Page 2)**
ORDER ON EX PARTE MOTION FOR JOINT REQUEST TO VACATE ORDER TO SH
DEBTOR: JAMES ORRELL                                      CASE NO: 07-06121-PB7

Upon the joint Ex Parte Motion of the Debtor, James Orrell and Respondent, U.S. Bank, and otherwise good cause appearing

therefrom,

IT IS HEREBY ORDERED AND DECREED that the Order to Show Cause is hereby vacated with prejudice as to Respondent

U.S. Bank.

APPROVED AS TO FORM AND CONTENT:

Barrett Marum, Attorney for Respondent

*Signed by Judge Peter W. Bowie July 06,2010*